United States Bankruptcy Court
Eastern District of Michigan
Southern Division

In re:
Sundus Saffar,
               Debtor.
_____/

Case No. 12-65690-R
Chapter 13

<u>Order Regarding Motion for Damages and Attorney Fees for
Violation of 11 U.S.C. § 362 and Motion for Protective Order</u>

The Court adopts Judge Shefferly's opinion in *In re Ohakpo*, 2013 WL 794347 (Bankr. E.D. Mich. March 4, 2013), for the reasons articulated in that opinion. Accordingly, the parties are directed to submit an appropriate order consistent with that opinion, including the amounts of the custodian's claims, by April 2, 2013.

    It is so ordered.

**Signed on March 26, 2013**

                                               /s/ Steven Rhodes
                                       **Steven Rhodes
                                       United States Bankruptcy Judge**